UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DERRICK WILLIAMS, | ) |
|               Plaintiff, | ) ) ) |
|               v. | )   No. 2:23-cv-00516-JPH-MKK |
| CENTURION HEALTH OF INDIANA LLC, SAMUEL BYRD Dr., MONICA VANCE DDS, | ) ) ) ) |
|               Defendants. | ) ) |

**ORDER DISMISSING ACTION**

Magistrate Judge Klump has recommended that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1), following the unfortunate passing of Plaintiff Derrick Williams and the failure of any successor or representative of Plaintiff to file a motion for substitution within 90 days of service of a statement noting the death upon Plaintiff's son. Dkts. 33, 34. There has not been any objection to the report and recommendation or any motion to substitute.

The court **adopts** Magistrate Judge Klump's report and recommendation, dkt. [34], in whole. This action is **dismissed without prejudice** pursuant to Rule 25(a)(1). The pending motions for summary judgment, dkts. [22] and [26], are **denied as moot**. The **clerk is directed** to enter final judgment consistent with this order and the Court's screening order, dkt. 9.

**SO ORDERED.**

Date: 2/24/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Derek Matthew Williams
107 Arrowgrass Circle
Moyock, NC 27958
*Son of Plaintiff*

DERRICK WILLIAMS
221304
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only